7/15/13 10:09AM

B3A (Official Form 3A) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re   Ryan C. McGhee   Case No.   13-27982
                Debtor(s)   Chapter   13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS - AMENDED

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __281.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $  __100.00__  Check one   ■ With the filing of the petition, or
                               ☐ On or before _____

    $  __60.33__  on or before   __9/09/13__

    $  __60.33__  on or before   __10/09/13__

    $  __60.34__  on or before   __11/08/13__

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.


Date  __July 15, 2013__   Signature  __/s/ Ryan C. McGhee__
                                     Ryan C. McGhee
/s/ Glenda J. Gray                   Debtor
Attorney for Debtor(s)
Glenda J. Gray
Law Office of Glenda J. Gray
223 West Jackson
Suite 1116
Chicago, IL 60606
(312) 386-1010
Fax: (312) 386-1020
ladylawgray@gmail.com